UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILICON ARTIST, INC., TENSORCOM, INC., UBILITE INC., ROMEO KHARILEH, DOES 1-10, inclusive, <br><br> Defendants. | Case No. SACV15-858 CJC (DFMx) <br><br> **STIPULATED PRELIMINARY INJUNCTION ORDER** <br><br> Date Action Filed:   June 1, 2015 |

1  WHEREAS, on June 1, 2015, Plaintiff Synopsys, Inc. ("Synopsys") filed its
2  Complaint for Violations of the Digital Millennium Copyright Act, 17 U.S.C. §§
3  1201 et seq. ("DMCA"), and for aiding and abetting violations of the DMCA
4  against, among others, Silicon Artist, Inc. ("SiArt") and Romeo Kharileh
5  ("Kharileh) (collectively referred to herein as "Defendants");and
6  WHEREAS Synopsys and Defendants, by and through their counsel of
7  record, have consented to entry of this Stipulated Preliminary Injunction Order; and
8  The Court, having considered the joint stipulation of Synopsys and
9  Defendants, and having found good cause to do so, HEREBY ORDERS that
10  stipulation be entered in its entirety, as reflected below.
11  **IT IS THEREFORE ORDERED** that Defendants, their officers, agents,
12  servants, employees, contractors, and all other persons in active concert or
13  participation with any of them, who receive notice of this Order by personal service
14  or otherwise, whether acting directly or through any trust, corporation, subsidiary,
15  division, or other device, are hereby restrained and enjoined from accessing or
16  using any Synopsys products or any electronic files associated with the use of or
17  access to any Synopsys products. Defendants may use or access Synopsys products
18  with a valid license in the following two ways only:
19  A.   i.   The entity on whose behalf Defendants intend to use or access
20            any Synopsys product has a valid license for the relevant
21            Synopsys product, and the terms of that license permit a
22            contractor to use the Synopsys product in the manner
23            contemplated by the service agreement with that entity; and
24       ii.  Defendants have obtained written confirmation of the valid
25            license, including contractor terms of use, from the entity on
26            whose behalf Defendants intend to use or access the relevant
27            Synopsys product; and
28       iii. Defendants have provided Synopsys with written notification, at

least 24-hours in advance, of:

    a.    Defendants' intended use of or access to the Synopsys product at issue;

    b.    The identity of the entity on whose behalf Defendants will use or access the Synopsys product; and

    c.    The written confirmation of a valid license, including contractor terms of use, from the entity on whose behalf Defendants intend to use or access the Synopsys product.

OR

B.    Defendants obtain a valid license from Synopsys.

**IT IS FURTHER ORDERED** that Defendants, their officers, agents, servants, employees, contractors, and all other persons in active concert or participation with any of them, who receive notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, are hereby restrained and enjoined from destroying, erasing, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, directly or indirectly, any documents, including electronically-stored materials and any data on computers, servers, or mobile devices in Defendants' current custody or control, that relate in any way to:

    A.    Defendants' use of or access to any Synopsys products; or

    B.    Defendants' provision of use of or access to any Synopsys products by any third parties.

**IT IS FURTHER ORDERED** that Defendants shall make available to Synopsys' third-party electronic discovery vendor in the presence of Defendants' counsel (including his staff and/or expert), no later than one week after entry of this Order, any and all computers, mobile devices, electronic storage devices and cloud-based data in Defendants' custody, access or control that Defendants have accessed since July 2014, as agreed to by the parties. Synopsys' discovery vendor shall

promptly copy the contents of those devices (the "Evidence") and then (i) concurrently produce to Defendants' counsel a copy of the Evidence; and (ii) return the devices to Defendants for continued use of those devices.  After the initial copy of the Evidence occurs, Synopsis' right to subsequent inspection shall be made pursuant to FRCP 34.

**IT IS FURTHER ORDERED** that this Order shall be without any concession or admission of liability of Defendants.

**IT IS FURTHER ORDERED** that this order shall not apply to Defendants' counsel.   Nothing herein is intended to modify any professional obligations of any counsel, or otherwise waive any applicable privilege.

IT IS SO ORDERED, this 29th day of July, 2015.

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE